UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:  Harold Depew,                                  Chapter 13 Proceedings
                    Debtor.                            Case No. 17-31008-SVK

---

DEBTOR'S MOTION FOR RELIEF FROM ORDER DATED JANUARY 24, 2018

---

Harold Depew, by his attorneys, ESSERLAW LLC, respectfully moves the Court for relief from its order dated January 24, 2018 and states in support of his motion as follows:

1. The Court entered an order on January 24, 2018 that required the debtor, on or before February 23, 2018, to provide the Trustee with proof of all income sources, satisfactory evidence of value of the Missouri real estate, file a Certificate of Service showing that Diane Robbins has been served with the 341 Notice and copy of the Chapter 13 Plan, and to file an amended plan.
2. The debtor has provided the Trustee with proof of all income sources, evidence of value of the Missouri real estate, and has filed a certificate of service showing Dian Robbins has been served, all as the Court ordered on January 24, 2018.
3. The debtor's divorce in Missouri's is not yet final and additional time is needed to analyze issues and prepare the amended chapter 13 plan.

WHEREFORE, the debtor respectfully requests that the Court grant him relief from the January 24, 2018 order and extend the deadline for the filing of an amended plan until March 12, 2018.

Dated this 23rd day of February, 2018.

        ESSERLAW LLC
        Attorneys for the Debtor

        /s/ Steven E. Berg
        STEVEN E. BERG

ESSERLAW LLC
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:  Harold Depew,                     Chapter 13 Proceedings
                Debtor.                    Case No. 17-31008-SVK

---

CERTIFICATE OF SERVICE

---

STATE OF WISCONSIN      )
                         ) ss
MILWAUKEE COUNTY        )

    The undersigned, being first duly sworn on oath, says on the 23rd day of February 2018, I placed the DEBTOR'S MOTION FOR RELIEF FROM ORDER DATED JANUARY 24, 2018, a copy of which is now on file herein, in a properly addressed postage paid envelope and mailed it, or served it electronically if the party accepts electronic service, to the following:

    **Scott Lieske**
    **Chapter 13 Trustee   (via ecf)**

    **Harold DePew**
    **916 William Street**
    **Walworth, WI 53184**　　　　　　　　/s/ Michael Rud
　　　　　　　　　　　　　　　　　　　　　　　　Affiant

Subscribed and sworn before me
this 23rd day of February, 2018.

/s/ Steven E. Berg
Notary Public, State of Wisconsin
My Commission is permanent